# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

**RONALD WATKINS**                                                                                           **PLAINTIFF**

**V.**                        **CASE NO. 5:21-CV-5038**

**SHERIFF SHAWN HOLLOWAY,**
**Benton County, Arkansas;**
**CAPTAIN HAROLD GAGE;**
**LIEUTENANT WYATT BANTA;**
**LIEUTENANT TYLER ROSS; and**
**JOHN DOE D-POD DEPUTIES**                                                                                **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 10) filed in this case on April 21, 2021, by the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 5.5(c)(2).

**IT IS SO ORDERED** on this 11th day of May, 2021.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE